United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Nanette Mercer, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 13-61815-Civ-Scola |
| ) | |
| Sechan Realty, Inc., Defendant ) | |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendation on the Sechan Realty's Motion for Attorney's Fees (ECF No. 58). On January 5, 2015, Judge Otazo-Reyes issued a Report, recommending that the Court grant the Motion in part, in keeping with the terms of the Lease Agreement, and that the Court order Mercer to pay Sechan Realty $25,769 for appellate fees. (Report & Recommendation, ECF No. 92.) Mercer has objected to the Report. (Obj's to Report, ECF No. 107.) She argues that the parties' Lease Agreement does not encompass the issues disputed on appeal. (*Id.* p.3.)

Having considered Judge Otazo-Reyes's Report, Mercer's Objections, the record, and the relevant legal authorities, this Court finds Judge Otazo-Reyes's Report and Recommendation cogent and compelling. As Judge Otazo-Reyes explained:

> Sechan brought the eviction proceedings in state court to oust Mercer as a holdover tenant under the Lease Agreement. The TRO obtained by Mercer enjoined the default judgment of eviction. Sechan filed its appeal for the purpose of having the TRO vacated. Thus, Sechan's appellate fees were expended to enforce one of the terms of the Lease Agreement, namely, its termination date. Therefore, Sechan is entitled to recover its reasonable attorney's fees incurred in the appeal.

(Report & Recommendation 4, ECF No. 92.) The Court **affirms and adopts** Judge Otazo-Reyes's Report and Recommendation (ECF No. 92). The Court **grants in part** Sechan Realty's Motion for Attorneys' Fees (ECF No. 58). Consistent with the Report, the Court awards **$25,769** in appellate attorneys' fees to Sechan Realty to be paid by the Plaintiff, Nanette Mercer.

**Done and ordered** in chambers at Miami, Florida on January 27, 2015.

_____
Robert N. Scola, Jr.
United States District Judge