UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61815-CIV-SCOLA/OTAZO-REYES

NANETTE MERCER,

    Plaintiff,

v.

SECHAN REALTY, INC.,

    Defendant.
_____/

## ORDER RE: FEBRUARY 2, 2015 HEARING

THIS CAUSE came before the Court upon Plaintiff Nanette Mercer's ("Plaintiff") Motion to Set a Reasonable Fee (hereafter, "Motion to Set Fee") [D.E. 97] and Defendant Sechan Realty, Inc.'s ("Defendant") Motion for Rule 35 Psychiatric Examination (hereafter, "Rule 35 Motion") [D.E. 98]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 19, 56]. The undersigned held a telephonic hearing on these matters on February 2, 2015. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Set Fee [D.E. 97] is GRANTED in part. Dr. Adele Bezner shall be compensated by Defendant for 3 hours of time spent in connection with her deposition at the rate of $300 per hour for a total of **$900.00**. It is further

ORDERED AND ADJUDGED that Defendant's Rule 35 Motion [D.E. 98] is GRANTED in part. The Psychiatric Examination of Plaintiff shall be conducted no later than **February 16, 2015**, by Dr. James Jordan, and is limited to three hours. Plaintiff may have someone there for support, such as her counsel, Marcy LaHart, or someone else of her choosing.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of February, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
    Counsel of Record